UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **ROBERT RAMOS,** an individual, | * * * | |
| PLAINTIFF, | * * | |
| v. | * * | Case No. 5:23-cv-267 |
| **RONALD L BETHANY** & **TIFFANI BETHANY,** individuals, | * * * * | |
| DEFENDANT. | | |

## ORDER ON MOTION TO PROCEED IN FORMA PAUPERIS

Pursuant to the provision of 28 U.S.C. § 1915, permission is hereby granted for the above-named plaintiff(s) to proceed *in forma pauperis* in this Court until judgment is entered herein.

SIGNED on  _____, 2023.

_____

By: _____

Presiding Judge