UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT RAMOS, | § | |
| Plaintiff, | § § § | |
| v. | § § | SA-23-CV-267-XR (HJB) |
| RONALD L. BETHANY and TIFFANI BETHANY a/k/a Tiffani Parker, | § § § § | |
| Defendants. | § § | |

## ORDER SETTING IN-PERSON
## STATUS AND SCHEDULING CONFERENCE

Before the Court is the status of the above case. Pretrial and scheduling matters in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b). (*See* Docket Entry 10.)

It is hereby **ORDERED** that a Status and Scheduling Conference will be held in this case on **April 10, 2023**, at **3:30 P.M.** in Courtroom D on the 2nd Floor of the United States Courthouse, 262 West Nueva Street, San Antonio, Texas, 78207.

**SIGNED** on March 30, 2023.

Henry J. Bemporad
United States Magistrate Judge