FILED

MAY 3 0 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBERT RAMOS, | § | |
| Plaintiff, | § | |
| v. | § | SA-23-CV-267-XR (HJB) |
| RONALD L. BETHANY and TIFFANI BETHANY a/k/a Tiffani Parker, | § | |
| Defendants. | § | |

## ORDER

In light of the Notice of Voluntary Dismissal (Docket Entry 26) filed on May 28, 2023, it is hereby **ORDERED** that the Video Hearing on June 26, 2023, is hereby **CANCELLED**. The parties are excused from appearing on that date.

It is **FURTHER ORDERED** that the above-entitled and numbered cause is **RETURNED** to the District Court for all purposes.

**SIGNED** on May 30, 2023.

_____
Henry J. Bemporad
United States Magistrate Judge